UNITED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

HOWARD A. PETERS, III
R. BEVERLY PETERS,

    Plaintiffs,

vs.                                      CASE NO: 8:20-cv-02080

CHEVAL GOLF AND ATHLETIC
CLUB, LLC, a Florida Limited Liability
Company,

    Defendant.
_____/

## **NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

Please take notice of the appearance of Richard J. McIntyre, Esquire of McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A. as counsel of record for the Defendant, Cheval Golf and Athletic Club, LLC.

I hereby designate the following email addresses for service of documents in this matter:

    rich@mcintyrefirm.com and leslie@mcintyrefirm.com

                                            Respectfully submitted,

                                            */s/ Richard J. McIntyre, Esquire*
                                            _____
                                            Richard J. McIntyre, Esquire
                                            Florida Bar No: 0962708
                                            McIntyre Thanasides Bringgold Elliott
                                            Grimaldi Guito & Matthews, P.A.
                                            500 East Kennedy Blvd., Suite 200
                                            Tampa, FL 33602
                                            Phone: 813-223-0000
                                            Email: rich@mcintyrefirm.com;
                                            leslie@mcintyrefirm.com
                                            Counsel for Cheval Golf and Athletic Club, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the CM/ECF service to: William J. Cantrell, Esquire, Dorrella L. Galloway, Esquire Cantrell Zwetsch, P.A., wcantrell@czeblaw.com; dgallaway@czeblaw.com; lcaulder@czeblaw.com, on this 15th day of September, 2020.

/s/ Richard J. McIntyre, Esquire
_____
Richard J. McIntyre, Esquire